UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-mj-02597 Goodman

UNITED STATES OF AMERICA

v.

DREW CURTIS SIKES,

    **Defendant.**

_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?    __Yes  _X_No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    __Yes  _X_No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?    __Yes  _X_No

4. Did this matter originate from a matter pending in the Southern Region of the United States Attorney's Office prior to November 23, 2020 (Dist. Judge Aileen M. Cannon)?  __Yes  _X_No

                                      Respectfully submitted,

                                      JUAN ANTONIO GONZALEZ
                                      ACTING UNITED STATES ATTORNEY

              By: _____
                       Manolo Reboso
                       Assistant United States Attorney
                       Southern District of Florida
                       99 Northeast 4th Street
                       Miami, FL. 33132-2111
                       Florida Bar No. 75397
                       Tel: (305) 961-9091
                       Fax: (305) 536-4699
                       E-Mail: Manolo.Reboso@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 21-mj-02597 Goodman |
| DREW CURTIS SIKES | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 28, 2021__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida, and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1114 | Attempting to Commit Murder or Manslaughter of an Officer of the United States |
| 18 U.S.C. 924(c) | Discharging a Firearm in Furtherance of a Crime of Violence |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Julio Fuentes, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __Face Time__ (specify reliable electronic means)

Date: __3/29/21__

_____
*Judge's signature*

City and state: __Miami, Florida__    Jonathan Goodman, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Julio Fuentes, being duly sworn, deposes and states as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, currently assigned to the Homestead Resident Agency. My duties involve the investigation of a variety of violations of federal offenses, including violent crimes, Hobbs Act robberies, extortion, and other violations of federal law. I have been an FBI Special Agent since June 2008 and have been assigned to the Miami Division since October 2008.

2. The statements contained in this Affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials involved in this investigation. I have not included in this Affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against Drew Curtis Sikes ("SIKES") for the following criminal violations.

3. This Affidavit is submitted in support of a criminal complaint charging SIKES with attempting to commit murder or manslaughter of an officer of the United States, in violation of 18 U.S.C. § 1114, and discharging a firearm in furtherance of a crime of violence, in violation of Title 18, United States Code, Section 924(c). Specifically, SIKES fired shots using an AK-47 at federal officers on March 28, 2021.

4. On March 28, 2021, at approximately 3:30 P.M., Rangers with the National Park Service (NPS) were dispatched to respond to a domestic altercation at the Mahogany Hammock section of Everglades National Park. When Rangers arrived, they spoke with Sarah Cox ("COX"), who stated she had been beaten by her husband SIKES, who was no longer on the scene. COX had visible marks and scrapes on her face. COX told Rangers that SIKES had held her for days and told her he was going to kill her. Rangers learned that SIKES was arrested in Miami-Dade County,

Florida on March 3, 2021 on a felony domestic violence charge of aggravated assault with a firearm in which COX was the victim. SIKES was released on a bond on March 21, 2021, with a Court issued stay away order to SIKES from COX, and the case is currently pending.

5. Rangers departed the Mahogany Hammock area and proceeded south on Highway 9336 towards Flamingo Park. While traveling on Highway 9336, Rangers observed a white van matching the vehicle description provided by COX. The white van was parked on the side of the road. Rangers used the intercom system on their marked police vehicles, identified themselves as law enforcement, and gave SIKES commands to exit the vehicle. The Rangers determined that SIKES did not occupy the white van. The Rangers continued giving commands assuming SIKES was in the wooded area adjacent to the vehicle.

6. While giving the commands, which included identifying themselves as law enforcement, the Rangers heard a string of gunfire and felt the rounds traveling above their heads. The Rangers continued providing commands and negotiated for SIKES to cease fire and come out from the woods. SIKES continued shooting sporadically. Rangers heard SIKES screaming "Fuck yeah, come get me," and "I want you guys to kill me." Specialized units from the Miami-Dade Police Department arrived on scene and took over negotiations. Negotiations lasted over an hour. Eventually SIKES exited the woods and was taken into custody without further incident. SIKES was unarmed at the time of arrest.

7. SIKES gave a Mirandized, video-recorded statement. In sum and substance, SIKES admitted to going into the woods with an AK-47, a semi-automatic rifle, and approximately 60 rounds of ammunition. SIKES stated he fired shots in three-round bursts in the air after hearing commands being provided to him over a loudspeaker, and SIKES continued to fire approximately 50 total rounds from his AK-47. SIKES said he knew it was the Police providing the instructions

because Police are the only ones who have loudspeakers, and he did not want to come out. SIKES stated he also knew it was the Police because a helicopter kept circling overhead. SIKES said he left the AK-47 in the woods.

### CONCLUSION

8.      Based on the facts set forth above, I respectfully submit that probable cause exists to charge Drew Curtis Sikes with attempting to commit murder or manslaughter of an officer of the United States, in violation of 18 U.S.C. § 1114, and discharging a firearm in furtherance of a crime of violence, in violation of Title 18, United States Code, Section 924(c).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT JULIO FUENTES
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this 29th day of March 2021.

_____
HONORABLE JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 21-mj-02597 Goodman

## BOND RECOMMENDATION

DEFENDANT: **DREW CURTIS SIKES**

**Pretrial Detention**

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Manolo Reboso*
AUSA:   **Manolo Reboso**

Last Known Address: **7455 SW 170th Ter**

**Palmetto Bay, FL 33157**

What Facility: 

Agent(s): **FBI SA Julio Fuentes**
**(FBI)**   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (OTHER)